1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD COLBERT,                    1:04-cv-05262-OWW-LJO-P

12               Plaintiff,        **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 22)
13   vs.
                                   **ORDER DISMISSING ACTION**
14   CALIFORNIA STATE PRISON/
     CORCORAN,et al.,
15
                 Defendants.
16   _____/

17

18        Plaintiff Reginald Colbert ("plaintiff") is a state prisoner

19   proceeding pro se and in forma pauperis in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to

21   a United States Magistrate Judge pursuant to 28 U.S.C. §

22   636(b)(1)(B) and Local Rule 72-302.

23        On August 5, 2005, the Magistrate Judge filed a Findings and

24   Recommendations herein which was served on plaintiff and which

25   contained notice to plaintiff that any objections to the Findings

26   and Recommendations were to be filed within thirty (30) days.  On

27   September 2, 2005, plaintiff filed objections to the Magistrate

28   Judge's Findings and Recommendations.

                                   1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed August 5, 2005,

8  is ADOPTED IN FULL; and,

9    2.   This action is DISMISSED, with prejudice, for

10 plaintiff's failure to state any claims upon which relief may be

11 granted under section 1983.

12

13 IT IS SO ORDERED.

14 **Dated:   September 26, 2005**          **/s/ Oliver W. Wanger**
   emm0d6                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2