# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

FILED

2006 JAN 10 A 10: 56

US DIST. COURT
CALIF

| | |
|---|---|
| REGINALD COLBERT, | No. 05-17333 |
| Plaintiff - Appellant, | D.C. No. CV-04-05262-OWW/LJO |
| v. | |
| CALIFORNIA STATE PRISON, | **ORDER** |
| Defendant - Appellee. | |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: CONDITION COMPLAINED OF BY PRISONER NOT SUFFICIENTLY SERIOUS TO BE COGNIZABLE UNDER THE 8th AMENDMENT.

_____
Judge
United States District Court

Date: 1-9-06